IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MERCHANTS & FARMERS BANK**                                        PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:10cv108-TSL-FKB

**HANOVER INVESTMENTS, LLC AND**
**TOWN PARK OF MADISON, LLC**                                        DEFENDANT

**BANK OF FOREST**                                                    INTERVENOR

## AGREED ORDER OF REFERRAL TO BANKRUPTCY COURT

This matter having come before the Court by agreement of all parties who have entered appearance herein and, it appearing unto the Court that the Defendants Hanover Investments, LLC and Town Park of Madison, LLC are parties to a bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of Mississippi styled "In Re: John Christopher Evans, Jointly Administered with Related Cases, Bankruptcy No. 09-03763 NPO," and that the above styled and numbered cause constitutes a case or proceeding arising under or related to a case under Title 11 of the United States Code;

IT IS HEREBY ORDERED that the above styled and numbered cause be referred to the United States Bankruptcy Court for the Southern District of Mississippi in accordance with the standing order of this Court entered on July 23, 1984.

SO ORDERED this the __27__ day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE